# EXHIBIT B









Close-up of padlocked door