# **EXHIBIT D**



**NYC RPT**

NEW YORK CITY DEPARTMENT OF FINANCE
# REAL PROPERTY TRANSFER TAX RETURN
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

FINANCE
NEW • YORK
THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

## GRANTOR ▼

● Name **FLAMINGO LLC**

● Grantor is a(n): ☐ individual ☐ partnership (must complete Schedule 3)
(check one) ☐ corporation ☑ other _____   Telephone Number

● Permanent mailing address *after* transfer (number and street) **32 FLAMINGO ROAD**

● City and State **EAST HILLS, NY**   Zip Code **11576**

● EMPLOYER IDENTIFICATION NUMBER **2 0 - 3 3 7 5 5 8 6** OR ● SOCIAL SECURITY NUMBER

▼ DO NOT WRITE IN THIS SPACE ▼
FOR OFFICE USE ONLY

● RETURN NUMBER ▲

● DEED SERIAL NUMBER ▲

● NYS REAL ESTATE TRANSFER TAX PAID ▲

## GRANTEE ▼

● Name **SLAZER ENTERPRISES OWNER LLC**

● Grantee is a(n): ☐ individual ☐ partnership (must complete Schedule 3)
(check one) ☐ corporation ☑ other _____   Telephone Number

● Permanent mailing address *after* transfer (number and street) **230 CONGERS ROAD**

● City and State **NEW CITY, NY**   Zip Code **10956**

● EMPLOYER IDENTIFICATION NUMBER **2 0 - 4 1 4 4 3 3 9** OR ● SOCIAL SECURITY NUMBER

## PROPERTY LOCATION ▼

LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| ● Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | ● Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 26 EAST 23RD STREET | | MANHATTAN | 851 | 56 | 2 | 4,800 | 1,003,500.00 |
| 23 EAST 22ND STREET | RES | MANHATTAN | 851 | 1902 | 51 | 1,243 | 10,620,021.00 |

See Attachment for additional BBL

● DATE OF TRANSFER TO GRANTEE: **1/31/2010**   ● PERCENTAGE OF INTEREST TRANSFERRED: _____ %

## CONDITION OF TRANSFER ▼ See Instructions

● Check (✓) all of the conditions that apply and fill out the appropriate schedules on pages 5-11 of this return. Additionally, Schedules 1 and 2 **must** be completed for all transfers.

a. ☑ .....Arms length transfer
b. ☐ .....Transfer in exercise of option to purchase
c. ☐ .....Transfer from cooperative sponsor to cooperative corporation
d. ☐ .....Transfer by referee or receiver (complete Schedule A, page 5)
e. ☐ .....Transfer pursuant to marital settlement agreement or divorce decree
f. ☐ .....Deed in lieu of foreclosure (complete Schedule C, page 6)
g. ☐ .....Transfer pursuant to liquidation of an entity (complete Schedule D, page 6)
h. ☐ .....Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E, page 7)
i. ☐ .....Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
j. ☐ .....Gift transfer not subject to indebtedness
k. ☐ .....Gift transfer subject to indebtedness
l. ☐ .....Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F, page 7)

m. ☐ .....Transfer to a governmental body
n. ☐ .....Correction deed
o. ☐ .....Transfer by or to a tax exempt organization (complete Schedule G, page 8).
p. ☐ .....Transfer of property partly within and partly without NYC
q. ☐ .....Transfer of successful bid pursuant to foreclosure
r. ☐ .....Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
s. ☐ .....Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M, page 9)
t. ☐ .....Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R, pages 10 and 11)
u. ☐ .....Other transfer in connection with financing (describe): _____
v. ☐ .....Other (describe): _____

3

201002050022110106

Acris Forms Termination of Easement.max

## PROPERTY LOCATION

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 23 EAST 22ND STREET | COM | MANHATTAN | 851 | 1901 | 51 | 7,210 | 697,467.00 |

Acris Forms Termination of Easement.max

### TYPE OF PROPERTY (✓)

a. ☐ ........ 1-3 family house
b. ☐ ........ Individual residential condominium unit
c. ☐ ........ Individual cooperative apartment
d. ☐ ........ Commercial condominium unit
e. ☐ ........ Commercial cooperative
f. ☐ ........ Apartment building
g. ☐ ........ Office building
h. ☐ ........ Industrial building
i. ☐ ........ Utility
j. ☑ ........ OTHER. (describe):
OTHER

### TYPE OF INTEREST (✓)

Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer.

|  | REC. |  | NON REC. |
|---|---|---|---|
| a. | ☐ | Fee | ☐ |
| b. | ☐ | Leasehold Grant | ☐ |
| c. | ☐ | Leasehold Assignment or Surrender | ☐ |
| d. | ☐ | Easement | ☐ |
| e. | ☐ | Development Rights | ☐ |
| f. | ☐ | Stock | ☐ |
| g. | ☐ | Partnership Interest | ☐ |
| h. | ☐ | OTHER. (describe): | ☑ |

TERMINATION OF EASEMENT

## SCHEDULE 1 - DETAILS OF CONSIDERATION ▼

COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 11. ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.

| | | |
|---|---|---|
| 1. Cash | 1. | 0 00 |
| 2. Purchase money mortgage | 2. | 0 00 |
| 3. Unpaid principal of pre-existing mortgage(s) | 3. | 0 00 |
| 4. Accrued interest on pre-existing mortgage(s) | 4. | 0 00 |
| 5. Accrued real estate taxes | 5. | 0 00 |
| 6. Amounts of other liens on property | 6. | 0 00 |
| 7. Value of shares of stock or of partnership interest received | 7. | 0 00 |
| 8. Value of real or personal property received in exchange | 8. | 0 00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee | 9. | 0 00 |
| 10. Other (describe): | 10. | 0 00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions) | 11. | 0 00 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital settlements and transfers of property to a business entity in return for an interest in the entity.

## SCHEDULE 2 - COMPUTATION OF TAX ▼

| A. **Payment** Pay amount shown on line 14 - *See Instructions* | | Payment Enclosed |
|---|---|---|
| 1. Total Consideration (from line 11, above) | 1. | 0 00 |
| 2. Excludable liens (see instructions) | 2. | 0 00 |
| 3. Consideration (Line 1 less line 2) | 3. | 0 00 |
| 4. Tax Rate (see instructions) | 4. | 0 % |
| 5. Percentage change in beneficial ownership *(see instructions)* | 5. | 100 % |
| 6. Taxable consideration (multiply line 3 by line 5) | 6. | 0 00 |
| 7. Tax (multiply line 6 by line 4) | 7. | 0 00 |
| 8. Credit (see instructions) | 8. | 0 00 |
| 9. Tax due (line 7 less line 8) (if the result is negative, enter zero) | 9. | 0 00 |
| 10. Interest (see instructions) | 10. | 0 00 |
| 11. Penalty (see instructions) | 11. | 0 00 |
| 12. **Total Tax Due** (add lines 9, 10 and 11) | 12. | 0 00 |

201002050022110106

Acris Forms Termination of Easement.max

**SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES OR A PARTNERSHIP ▼**

**NOTE** | If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

## GRANTOR(S)/PARTNER(S)

| NAME | SOCIAL SECURITY NUMBER |
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | OR / EMPLOYER IDENTIFICATION NUMBER |

| NAME | SOCIAL SECURITY NUMBER |
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | OR / EMPLOYER IDENTIFICATION NUMBER |

| NAME | SOCIAL SECURITY NUMBER |
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | OR / EMPLOYER IDENTIFICATION NUMBER |

| NAME | SOCIAL SECURITY NUMBER |
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | OR / EMPLOYER IDENTIFICATION NUMBER |

## GRANTEE(S)/PARTNER(S)

**NAME** MADISON PARK GROUP OWNER LLC
PERMANENT MAILING ADDRESS AFTER TRANSFER  230 CONGERS ROAD
CITY AND STATE  NEW CITY , NY   ZIP CODE  10956
EMPLOYER IDENTIFICATION NUMBER  20-4473699

**NAME** JMJS 23RD STREET REALTY OWNER LLC
PERMANENT MAILING ADDRESS AFTER TRANSFER  230 CONGERS ROAD
CITY AND STATE  NEW CITY , NY   ZIP CODE  10956
EMPLOYER IDENTIFICATION NUMBER  20-4386651

**NAME** FKF MADISON GROUP OWNER LLC
PERMANENT MAILING ADDRESS AFTER TRANSFER  230 CONGERS ROAD
CITY AND STATE  NEW CITY , NY   ZIP CODE  10956
EMPLOYER IDENTIFICATION NUMBER  20-4473699

**NAME** 24 EAST 23RD COMMERCIAL LLC
PERMANENT MAILING ADDRESS AFTER TRANSFER  230 CONGERS ROAD
CITY AND STATE  NEW CITY , NY   ZIP CODE  10956
EMPLOYER IDENTIFICATION NUMBER  99-9999999

201002050022110106

Acris Forms Termination of Easement.max

## GRANTOR'S ATTORNEY ▼

| Name of Attorney | JEROME STRELOV | | Telephone Number ( 212 ) 758-1047 | |
|---|---|---|---|---|
| Address (number and street) | 488 MADISON AVENUE 10TH FLOOR | City and State NEW YORK, NY | Zip Code | 10022 |
| EMPLOYER IDENTIFICATION NUMBER | [    ] - [        ] **OR** | SOCIAL SECURITY NUMBER | [    ] - [    ] - [    ] | |

## GRANTEE'S ATTORNEY ▼

| Name of Attorney | BURT DORFMAN | | Telephone Number ( 845 ) 353-3500 | |
|---|---|---|---|---|
| Address (number and street) | 51 NORTH BROADWAY | City and State NYACK, NY | Zip Code | 10960 |
| EMPLOYER IDENTIFICATION NUMBER | [    ] - [        ] **OR** | SOCIAL SECURITY NUMBER | [    ] - [    ] - [    ] | |

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

|  GRANTOR  |  GRANTEE  |
|---|---|
| **S**worn to and subscribed to | **S**worn to and subscribed to |
| before me on this _15^TH_ day | before me on this _15^TH_ day |
| of _DECEMBER_, 2010 | of _DECEMBER_, 2010 |
| 20 - 3375586 EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER | 20 - 4144339 EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER |
| FLAMINGO LLC Name of Grantor | SLAZER ENTERPRISES OWNER, LLC Name of Grantee |
| Signature of Notary    By: Signature of Grantor | Signature of Notary    By: Signature of Grantee |

Dyon Bobb
Notary Public, State of New York
No. 01BO6182870
Qualified in Bronx
Commission Expires 3/10/2012

Dyon Bobb
Notary Public, State of New York
No. 01BO6182870
Qualified in Bronx
Commission Expires 3/10/2012

**GRANTEE:** To ensure that your property and water/sewer tax bills are sent to the proper address you must complete the Registration forms included in this packet. Owner's Registration Cards can also be obtained by calling the Department of Finance at (718) 935-9500.

6

2010020500221101

Acris Forms Termination of Easement.max

## WORKSHEET FOR CONDITIONS 1(a) and 1(b)

1. *Add* lines 1, 2, 7, 8, 9 and 10 from Form NYC-RPT, Schedule 1 and enter total here........................................1. $ _____

2 a. *Enter* total number of REIT shares received ................................................................................a. _____

   b. *Enter* maximum number of REIT shares into which ownership interests may be converted ..........b. _____

   c. *Add* lines a and b....................................................................................................................c. _____

   d. *Enter* offering per share of REIT shares on the date of the transaction reported....................d. _____

   e. *Multiply* line 2c by line 2d .........................................................................................................e. _____

   f. *Enter* value of ownership interests received not convertible into REIT shares ...............................f. _____

   g. *Add* lines e and f .................................................................................................................2g. _____

3. *Multiply* line 1 by .40 for condition 1(a) or .50 for condition 1(b) ...........................................................3. _____

● If line 3 is greater than line 2g, the transaction does not qualify as a REIT transfer. DO NOT FILE THIS SCHEDULE. You must file Form NYC-RPT and compute your tax due on Schedule 2.

● If line 3 is less than or equal to line 2g, the transaction will qualify as a REIT Transfer, provided the other conditions are met. You should complete Form NYC-RPT substituting on line 4 of Schedule 2:
   - *.5%* instead of 1%;
   - *.7125%* instead of 1.425%;
   - *1.3125%* instead of 2.625%

> SEE INSTRUCTIONS TO DETERMINE WHICH TAX RATE APPLIES

### Instructions for Completing Worksheet

**LINE 1**

Where the value of the underlying property transferred or interest therein is used in determining the consideration for a REIT Transfer, you may, but are not required to, report as the value of the real property or interest therein (Form NYC-RPT, Schedule 1, line 7), the estimated market value as determined by the Department of Finance as reflected on the most recent Notice of Assessment issued by the Department. *(See Statements of Audit Procedure 93-2-GCT/RPTT, 3/1/93 and 95-1-GCT/RPTT, 7/28/95)* Add to the amount reported on line 1 the amount of any mortgages and other liens and encumbrances created in contemplation of the formation of the REIT in the case of condition 1(a) or in contemplation of the transaction reported on this Schedule R in the case of condition 1(b).

**LINE 2**

If the grantor received REIT shares as consideration for the transfer, enter on line 2a the number of REIT shares received. If

the grantor received interests in a partnership or corporation controlled by the REIT that may be converted into REIT shares, enter on line 2b the maximum number of REIT shares into which such interests may be converted and attach an explanation of the terms of the conversion. If the grantor received interests that may be converted into REIT shares but you believe that the offering price for the REIT shares into which such interests may be converted is not a proper measurement of the value of the interests received, do not complete line 2b. Instead, attach an explanation of the terms of the conversion and enter on line 2f the fair market value of the interests received. If the grantor received interests in a partnership or corporation controlled by the REIT that cannot be converted into REIT shares at any time, enter on line 2f the fair market value of the interests received. If you enter an amount on line 2f, attach an explanation of the method used for determining the value of the interests received.

---

## CERTIFICATION

I swear or affirm under penalties of perjury that the grantor has no present intention to transfer or convey the REIT shares or interests in a partnership or corporation controlled by the REIT received by the grantor as consideration in the transaction reported on this Schedule R within two years of the date of the transfer, other than a distribution of such shares or interests to the partners or shareholders of the grantor, and that, to the best of my knowledge, condition 3 above regarding the use of the cash proceeds of the REIT offering will be satisfied, if applicable. I further swear or affirm that I will file an amended Form NYC-RPT and pay any additional tax due if any such transfer or conveyance occurs within such two-year period or if condition 3 above, if applicable, ceases to be met.

**GRANTOR**

Sworn to and subscribed to

before me on this _____ day

of _____, _____

_____
Name of Grantor

_____
Signature of Notary

_____
Signature of Grantor

(Notary's stamp or seal)

**GRANTEE**

Sworn to and subscribed to

before me on this _____ day

of _____, _____

_____
Name of Grantee

_____
Signature of Notary

_____
Signature of Grantee

(Notary's stamp or seal)

NYC-RPT  REV. 06/24/04

2010020500221101

Acris Forms Termination of Easement.max