## SCHEDULE S - TRANSFERS INVOLVING MULTIPLE GRANTORS AND OR GRANTEES OR A PARTNERSHIP

**NOTE:** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR / PARTNERS

| NAME | | SOCIAL SECURITY NUMBER / EMPLOYER IDENTIFICATION NUMBER |
|---|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER | | |
| CITY AND STATE | ZIP CODE | |

(four empty grantor entries)

### GRANTEE / MEMBERS

**NAME:** PARK MADISON ASSOCIATES, LLC
**PERMANENT MAILING ADDRESS AFTER TRANSFER:** 230 CONGERS ROAD
**CITY AND STATE:** NEW CITY, NY
**ZIP CODE:** 10956
**EIN:** 99-9999999

**NAME:** BOARD OF MANAGERS OF ONE MADISON PARK CONDOMINIUM
**PERMANENT MAILING ADDRESS AFTER TRANSFER:** 23 EAST 22ND STREET
**CITY AND STATE:** NEW YORK, NY
**ZIP CODE:** 10010
**EIN:** 99-9999999

(two empty grantee entries)

(4)

2010020500221110106

Acris Forms Termination of Easement.max

**TP-584** (3/07)

New York State Department of Taxation and Finance

# Combined Real Estate Transfer Tax Return, Credit Line Mortgage Certificate, and Certification of Exemption from the Payment of Estimated Personal Income Tax

*Recording office time stamp*

*See Form TP-584, Instructions for Form TP-584, before completing this form. Please print or type.*

## Schedule A — Information relating to conveyance

| Grantor/Transferor | | | |
|---|---|---|---|
| ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Estate/Trust<br>☑ Other | Name *(if individual; last, first, middle initial)* FLAMINGO LLC | | Social security number |
| | Mailing address 32 FLAMINGO ROAD | | Social security number |
| | City EAST HILLS | State NY    ZIP code 11576 | Federal employer ident. number 20 **3375586** |

| Grantee/Transferee | | | |
|---|---|---|---|
| ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Estate/Trust<br>☑ Other | Name *(if individual; last, first, middle initial)* SLAZER ENTERPRISES OWNER LLC | | Social security number |
| | Mailing address 230 CONGERS ROAD | | Social security number |
| | City NEW CITY | State NY    ZIP code 10956 | Federal employer ident. number 20 4144339 |

Location and description of property conveyed

| Tax map designation | | | Address | City/village | Town | County |
|---|---|---|---|---|---|---|
| Section | Block | Lot | 26 EAST 23RD STREET | NEW YORK | | MANHATTAN / NEW YORK |
| 1 | 851 | 56 | | | | |

Type of property conveyed *(check applicable box)*

1 ☐ One- to three-family house
2 ☐ Residential cooperative
3 ☐ Residential condominium
4 ☐ Vacant land
5 ☐ Commercial/Industrial
6 ☐ Apartment building
7 ☐ Office building
8 ☑ Other OTHER

Date of conveyance: 1 / 31 / 2010

Percentage of real property conveyed which is residential real property _____0__%
*(see instructions)*

Condition of conveyance *(check all that apply)*

a. ☐ Conveyance of fee interest

b. ☐ Acquisition of a controlling interest (state percentage acquired _____%)

c. ☐ Transfer of a controlling interest (state percentage transferred _____%)

d. ☐ Conveyance to cooperative housing corporation

e. ☐ Conveyance pursuant to or in lieu of foreclosure or enforcement of security interest *(attach Form TP-584.1, Schedule E)*

f. ☐ Conveyance which consists of a mere change of identify or form of ownership or organization *(attach Form TP-584.1, Schedule F)*

g. ☐ Conveyance for which credit for tax previously paid will be claimed *(attach Form TP-584.1, Schedule G)*

h. ☐ Conveyance of cooperative apartment(s)

i. ☐ Syndication

j. ☐ Conveyance of air rights or development rights

k. ☐ Contract assignment

l. ☐ Option assignment or surrender

m. ☐ Leasehold assignment or surrender

n. ☐ Leasehold grant

o. ☐ Conveyance of an easement

p. ☐ Conveyance for which exemption from transfer tax claimed *(complete Schedule B, Part III)*

q. ☐ Conveyance of property partly within and partly outside the state

r. ☑ Other *(describe)* TERMINATION OF EASEMENT

| For recording officer's use | Amount received<br>Schedule B., Part I $<br>Schedule B., Part II $ | Date received | Transaction number |
|---|---|---|---|

201002050022130107

Acris Forms Termination of Easement.max

## TP - 584 Location and description of property conveyed    ATTACHMENT

| Tax map designation | | | Address | City/village | Town | County |
|---|---|---|---|---|---|---|
| Section | Block | Lot | | | | |
| 1 | 851 | 1902 | 23 EAST 22ND STREET Unit RES | NEW YORK | | MANHATTAN / NEW YORK |
| 1 | 851 | 1901 | 23 EAST 22ND STREET Unit COM | NEW YORK | | MANHATTAN / NEW YORK |

2010020500221301 07

Acris Forms Termination of Easement.max

## Schedule B — Real estate transfer tax return (Tax Law, Article 31)

**Part I** – Computation of tax due

| | | |
|---|---|---:|
| 1 | Enter amount of consideration for the conveyance *(if you are claiming a total exemption from tax, check the exemption claimed box, enter consideration and proceed to Part III)* ............ ☐ **Exemption claimed** | 1. 0 00 |
| 2 | Continuing lien deduction *(see instructions if property is taken subject to mortgage or lien)* ................ | 2. 0 00 |
| 3 | Taxable consideration *(subtract line 2 from line 1)* ................................................................ | 3. 0 00 |
| 4 | Tax: $2 for each $500, or fractional part thereof, of consideration on line 3 ................................... | 4. 0 00 |
| 5 | Amount of credit claimed *(see instructions and attach Form TP-584.1, Schedule G)* ........................ | 5. 0 00 |
| 6 | Total tax due* *(subtract line 5 from line 4)* ................................................................................ | 6. 0 00 |

**Part II** – Computation of additional tax due on the conveyance of residential real property for $1 million or more

| | | |
|---|---|---:|
| 1 | Enter amount of consideration for conveyance *(from Part I, line 1)* ................................................. | 1. 0 00 |
| 2 | Taxable consideration *(multiply line 1 by the percentage of the premises which is residential real property, as shown in Schedule A)* | 2. 0 00 |
| 3 | Total additional transfer tax due* *(multiply line 2 by 1% (.01))* ..................................................... | 3. 0 00 |

**Part III** – Explanation of exemption claimed on Part I, line 1 *(check any boxes that apply)*
The conveyance of real property is exempt from the real estate transfer tax for the following reason:

a. Conveyance is to the United Nations, the United States of America, the state of New York, or any of their instrumentalities, agencies, or political subdivisions (or any public corporation, including a public corporation created pursuant to agreement or compact with another state or Canada) ........................................................................................................... a ☐

b. Conveyance is to secure a debt or other obligation ........................................................................................................... b ☐

c. Conveyance is without additional consideration to confirm, correct, modify, or supplement a prior conveyance ........................ c ☐

d. Conveyance of real property is without consideration and not in connection with a sale, including conveyances conveying realty as bona fide gifts ........................................................................................................... d ☐

e. Conveyance is given in connection with a tax sale ........................................................................................................... e ☐

f. Conveyance is a mere change of identity or form of ownership or organization where there is no change in beneficial ownership. (This exemption cannot be claimed for a conveyance to a cooperative housing corporation of real property comprising the cooperative dwelling or dwellings.) Attach Form TP-584.1, Schedule F ........................................................... f ☐

g. Conveyance consists of deed of partition ........................................................................................................... g ☐

h. Conveyance is given pursuant to the federal Bankruptcy Act........................................................................................................... h ☐

i. Conveyance consists of the execution of a contract to sell real property, without the use or occupancy of such property, or the granting of an option to purchase real property, without the use or occupancy of such property ........................................................... i ☐

j. Conveyance of an option or contract to purchase real property with the use or occupancy of such property where the consideration is less than $200,000 and such property was used solely by the grantor as the grantor's personal residence and consists of a one-, two-, or three-family house, an individual residential condominium unit, or the sale of stock in a cooperative housing corporation in connection with the grant or transfer of a proprietary leasehold covering an individual residential cooperative apartment ........................................................................................................... j ☐

k. Conveyance is not a conveyance within the meaning of Tax Law, Article 31, section 1401(e) *(attach documents supporting such claim)* ........................................................................................................... k ☐

l. Other *(attach explanation)* ........................................................................................................... l ☐

*Please make check(s) payable to the county clerk where the recording is to take place. If the recording is to take place in New York City, make check(s) payable to the **NYC Department of Finance**. If a recording is not required, send this return and your check(s) made payable to the **NYS Department of Taxation and Finance**, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

201002050022130107

Acris Forms Termination of Easement.max

### Schedule C — Credit Line Mortgage Certificate (Tax Law, Article 11)

**Complete the following only if the interest being transferred is a fee simple interest.**
I (we) certify that: *(check the appropriate box)*

1. [✓] The real property being sold or transferred is not subject to an outstanding credit line mortgage.

2. [ ] The real property being sold or transferred is subject to an outstanding credit line mortgage. However, an exemption from the tax is claimed for the following reason:

    [ ] The transfer of real property is a transfer of a fee simple interest to a person or persons who held a fee simple interest in the real property (whether as a joint tenant, a tenant in common or otherwise) immediately before the transfer.

    [ ] The transfer of real property is (A) to a person or persons related by blood, marriage or adoption to the original obligor or to one or more of the original obligors or (B) to a person or entity where 50% or more of the beneficial interest in such real property after the transfer is held by the transferor or such related person or persons (as in the case of a transfer to a trustee for the benefit of a minor or the transfer to a trust for the benefit of the transferor).

    [ ] The transfer of real property is a transfer to a trustee in bankruptcy, a receiver, assignee, or other officer of a court.

    [ ] The maximum principal amount secured by the credit line mortgage is $3,000,000 or more, and the real property being sold or transferred is **not** principally improved nor will it be improved by a one- to six-family owner-occupied residence or dwelling.

    **Please note:** for purposes of determining whether the maximum principal amount secured is $3,000,000 or more as described above, the amounts secured by two or more credit line mortgages may be aggregated under certain circumstances. See TSB-M-96(6)-R for more information regarding these aggregation requirements.

    [ ] Other *(attach detailed explanation)*.

3. [ ] The real property being transferred is presently subject to an outstanding credit line mortgage. However, no tax is due for the following reason:

    [ ] A certificate of discharge of the credit line mortgage is being offered at the time of recording the deed.

    [ ] A check has been drawn payable for transmission to the credit line mortgagee or his agent for the balance due, and a satisfaction of such mortgage will be recorded as soon as it is available.

4. [ ] The real property being transferred is subject to an outstanding credit line mortgage recorded in _____ (insert liber and page or reel or other identification of the mortgage). The maximum principal amount of debt or obligation secured by the mortgage is _____. No exemption from tax is claimed and the tax of _____ is being paid herewith. *(Make check payable to county clerk where deed will be recorded or, if the recording is to take place in New York City, make check payable to the **NYC Department of Finance**.)*

### Signature (both the grantor(s) and grantee(s) must sign)

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

FLAMINGO LLC

By: _[signature]_   MANAGER
Grantor Signature   Title

_[signature]_   MANAGER
Grantor signature   Title

SLAZER ENTERPRISES OWNER LLC

By: _[signature]_   MANAGER
Grantee signature   Title

MADISON PARK GROUP OWNER

By: _[signature]_   MANAGER
Grantee signature   Title

**Reminder:** Did you complete all of the required information in Schedules A, B, and C? Are you required to complete Schedule D? If you checked *e*, *f*, or *g* in Schedule A, did you complete Form TP-584.1? Have you attached your check(s) made payable to the county clerk where recording will take place or, if the recording is in New York City, to the **NYC Department of Finance**? If no recording is required, send your check(s), made payable to the **Department of Taxation and Finance**, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

2010020500221301

Acris Forms Termination of Easement.max

## Signature (both the grantor(s) and grantee(s) must sign)

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

_____   MGR   JMJS 23RD STREET REALTY OWNER LLC
Grantor signature         Title   By: _____  MGR
                                   Grantee signature            Title

_____   MGR   FLF MADISON GROUP OWNER LLC
Grantor signature         Title   By: _____  MGR
                                   Grantee signature            Title

24 EAST 23RD COMMERCIAL LLC
By: _____  MGR
    GRANTEE SIGNATURE         TITLE

PARK MADISON ASSOCIATES, LLC
By: _____  MGR
    GRANTEE SIGNATURE         TITLE

BOARD OF MANAGERS ONE MADISON PARK CONDOMINIUM
By: _____  MGR
    GRANTEE SIGNATURE         TITLE

2010020500221301

Acris Forms Termination of Easement.max