### Schedule D - Certification of exemption from the payment of estimated personal income tax (Tax Law, Article 22, section 663)

**Complete the following only if a fee simple interest or a cooperative unit is being transferred by an individual or estate or trust.**

**Part I** - New York State residents

If you are a New York State resident transferor(s)/seller(s) listed in Schedule A of Form TP-584 (or an attachment to Form TP-584), you must sign the certification below. If one or more transferors/sellers of the real property or cooperative unit is a resident of New York State, **each** resident transferor/seller must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all resident transferors/sellers.

#### Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

**Note:** A resident of New York State may still be required to pay estimated tax under Tax Law, section 685(c), but not as a condition of recording a deed.

**Part II** - Nonresidents of New York State

If you are a nonresident of New York State listed as a transferor/seller in Schedule A of Form TP-584 (or an attachment to Form TP-584) but are not required to pay estimated personal income tax because one of the exemptions below applies under Tax Law, section 663(c), check the box of the appropriate exemption below. If any one of the exemptions below applies to the transferor(s)/seller(s), that transferor(s)/seller(s) is not required to pay estimated personal income tax to New York State under Tax Law, section 663. **Each** nonresident transferor/seller who qualifies under one of the exemptions below must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all nonresident transferors/sellers.

If none of these exemption statements apply, you must complete Form IT-2663, *Nonresident Real Property Estimated Income Tax Payment Form*, or Form IT-2664, *Nonresident Cooperative Unit Estimated Income Tax Payment Form.* For more information, see *Payment of estimated personal income tax,* on page 1 of Form TP-584-I.

#### Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ *(see instructions).*
  Date                Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

## Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

## Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ (see instructions).
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date　　　Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

**TP-584**

## TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES OR A PARTNERSHIP ▼

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)/PARTNER(S)

| NAME | SOCIAL SECURITY NUMBER / EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | |

| NAME | SOCIAL SECURITY NUMBER / EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | |

| NAME | SOCIAL SECURITY NUMBER / EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | |

| NAME | SOCIAL SECURITY NUMBER / EMPLOYER IDENTIFICATION NUMBER |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER | |
| CITY AND STATE / ZIP CODE | |

### GRANTEE(S)/PARTNER(S)

| NAME: MADISON PARK GROUP OWNER LLC | EIN: 20-4473699 |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER: 230 CONGERS ROAD | |
| CITY AND STATE: NEW CITY, NY — ZIP CODE: 10956 | |

| NAME: JMJS 23RD STREET REALTY OWNER LLC | EIN: 20-4386651 |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER: 230 CONGERS ROAD | |
| CITY AND STATE: NEW CITY, NY — ZIP CODE: 10956 | |

| NAME: FKF MADISON GROUP OWNER LLC | EIN: 20-4473699 |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER: 230 CONGERS ROAD | |
| CITY AND STATE: NEW CITY, NY — ZIP CODE: 10956 | |

| NAME: 24 EAST 23RD COMMERCIAL LLC | EIN: 99-9999999 |
|---|---|
| PERMANENT MAILING ADDRESS AFTER TRANSFER: 230 CONGERS ROAD | |
| CITY AND STATE: NEW CITY, NY — ZIP CODE: 10956 | |

201002050022130107

Acris Forms Termination of Easement.max

**TP-584**                                                                **ATTACHMENT**

### TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES OR A PARTNERSHIP

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

#### GRANTOR(S)/PARTNER(S)

| NAME | SSN / EIN |
|---|---|
| (blank) | (blank) |
| (blank) | (blank) |
| (blank) | (blank) |
| (blank) | (blank) |

#### GRANTEE(S)/PARTNER(S)

**NAME:** PARK MADISON ASSOCIATES, LLC
**PERMANENT MAILING ADDRESS AFTER TRANSFER:** 230 CONGERS ROAD
**CITY AND STATE:** NEW CITY, NY    **ZIP CODE:** 10956
**EMPLOYER IDENTIFICATION NUMBER:** 99-9999999

**NAME:** BOARD OF MANAGERS OF ONE MADISON PARK CONDOMINIUM
**PERMANENT MAILING ADDRESS AFTER TRANSFER:** 23 EAST 22ND STREET
**CITY AND STATE:** NEW YORK, NY    **ZIP CODE:** 10010
**EMPLOYER IDENTIFICATION NUMBER:** 99-9999999

201002050022130107

Acris Forms Termination of Easement.max

| FOR CITY USE ONLY | | | | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | Month / Day / Year | | STATE OF NEW YORK |
| C3. Book OR C5. CRFN | | C4. Page | | | STATE BOARD OF REAL PROPERTY SERVICES |
| | | | | | **RP - 5217NYC** (Rev 11/2002) |

**PROPERTY INFORMATION**

1. Property Location: **26** EAST 23RD STREET | MANHATTAN | 10010
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: SLAZER ENTERPRISES OWNER LLC
   MADISON PARK GROUP OWNER LLC

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **3** # of Parcels OR [ ] Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ____ X ____ OR ____ ACRES
   FRONT FEET    DEPTH

6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

8. Seller Name: FLAMINGO LLC

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A [ ] One Family Residential
   B [ ] 2 or 3 Family Residential
   C [ ] Residential Vacant Land
   D [ ] Non-Residential Vacant Land
   E [✓] Commercial
   F [ ] Apartment
   G [ ] Entertainment / Amusement
   H [ ] Community Service
   I [ ] Industrial
   J [ ] Public Service

**SALE INFORMATION**

10. Sale Contract Date: 4 / 28 / 2009
11. Date of Sale / Transfer: 1 / 31 / 2010
12. Full Sale Price $ 0
13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
    A [ ] Sale Between Relatives or Former Relatives
    B [ ] Sale Between Related Companies or Partners in Business
    C [ ] One of the Buyers is also a Seller
    D [ ] Buyer or Seller is Government Agency or Lending Institution
    E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
    F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
    G [ ] Significant Change in Property Between Taxable Status and Sale Dates
    H [ ] Sale of Business is Included in Sale Price
    I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
    J [✓] None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: K 9
16. Total Assessed Value (of all parcels in transfer): 1,003,500
17. Borough, Block and Lot / Roll Identifier(s): MANHATTAN 851 56 | MANHATTAN 851 1902 | MANHATTAN 851 1901

**CERTIFICATION** I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

SLAZER ENTERPRISES OWNER LLC
By: [signature] 12/15/2010
BUYER SIGNATURE / DATE

BUYER'S ATTORNEY

845 353-3500
FLAMINGO LLC
By: [signature] 12/15/2010
SELLER SIGNATURE / DATE

2010020500221201

Acris Forms Termination of Easement.max

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | |
|---|---|---|

SLAZER ENTERPRISES OWNER LLC
By: **BUYER** 12/15/2010
BUYER SIGNATURE / DATE

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME
845 | 353-3500
AREA CODE | TELEPHONE NUMBER

STREET NUMBER | STREET NAME (AFTER SALE)

FLAMINGO LLC
By: **SELLER** 12/15/2010
SELLER SIGNATURE / DATE

CITY OR TOWN | STATE | ZIP CODE

2010020500221201

Acris Forms Termination of Easement.max