# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FKF MADISON PARK GROUP OWNER, LLC, *et. al.* | Case No. 10-11867 (KG) (Jointly Administered) |
| Debtors | |
| FLAMINGO, LLC | |
| Plaintiff | |
| v. | Adversary Proc. No. 11-51640 (KG) |
| SLAZER ENTERPRISES OWNER LLC, *et al.* | |
| Defendants | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court on or before May 13, 2011.

    Address of Clerk:    Clerk, U.S. Bankruptcy Court
                                       824 Market Street, 3rd Floor
                                       Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

    Name and Address of Plaintiff's Attorneys:    David P. Primack
                                                                 Drinker Biddle & Reath LLP
                                                                  1100 N. Market Street, Suite 1000
                                                                  Wilmington, DE 19801-1254

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

    Address:    824 Market Street, Sixth Floor, Courtroom No. 3
                        Wilmington, DE 19801

    Date and Time:    May 19, 2011 at 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

                                                                                         /s/ David D. Bird
                                                                                       *Clerk of the Bankruptcy Court*

Date: April 13, 2011

WM01/ 7864406.1

# AFFIDAVIT OF SERVICE

I, the undersigned, an adult individual and pursuant to the penalties of perjury hereby swear and affirm that on this 13th day of April, 2011, I caused a true and correct copy of the Summons and Complaint to be served by United States Mail, first class, postage prepaid upon the following:

> Slazer Enterprises Owner LLC
> Madison Park Group Owner LLC
> JMJS 23rd Street Realty Owner LLC
> FKF Madison Group Owner LLC
> Attn: John Fioretti, President
> PO Box 707
> New City, NY 10956

> 24 East 23rd Street Commercial LLC
> Park Madison Associates LLC
> Attn: President, Officer or Managing Member
> 230 Congers Road
> New City, NY 10956

> 24 East 23rd Street Commercial LLC
> Park Madison Associates LLC
> Attn: President, Officer or Managing Member
> PO Box 707
> New City, NY 10956

> Ira Shapiro
> 1 Appleton Road
> New City, NY 10956

And via Hand Delivery on the following:

> Derek C. Abbott
> Erin R. Fay
> Morris Nichols Arsht & Tunnell
> 1201 N. Market Street, 18th Floor
> Wilmington, DE 19899

Bruce Grohsgal
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Date: April 13, 2011          By: _____
                                    David P. Primack

Sworn to before me this
1? day of April, 2011

_____
Notary Public

HOWARD A. COHEN
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. §4323(a)(3)

WM01/ 7864406.1