# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FKF MADISON PARK GROUP OWNER, LLC, *et. al.*, | : | Case No. 10-11867 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| FLAMINGO, LLC, | : | |
| Plaintiff. | : | |
| v. | : | Adv. Proc. No. 11-51640 |
| SLAZER ENTERPRISES OWNER LLC, MADISON PARK GROUP OWNER LLC, JMJS 23rd STREET REALTY OWNER LLC, FKF MADISON GROUP OWNER LLC, 24 EAST 23RD STREET COMMERCIAL LLC, PARK MADISON ASSOCIATES LLC, AND IRA SHAPIRO, | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that David P. Primack, Esquire, of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby withdraws as counsel and Howard A. Cohen, Esquire and Karen V. Sullivan, Esquire, of the firm of Drinker Biddle & Reath, LLP, enter their appearance as counsel for Flamingo, LLC (the "Plaintiff").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 9010, 2002(g), 2002(i), and 9007, counsel requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

WM01/ 7873038.1

Howard A. Cohen, Esq.
Karen V. Sullivan, Esq.
**Drinker Biddle & Reath LLP**
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
howard.cohen@dbr.com
karen.sullivan@dbr.com

Dated: July 13, 2011

| **DRINKER BIDDLE & REATH LLP** | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
|---|---|
| /s/ Howard A. Cohen | /s/ David P. Primack |
| Howard A. Cohen (DE 4082) | David P. Primack (DE 4449) |
| Karen V. Sullivan (DE 3872) | 300 Delaware Avenue, Suite 770 |
| 1100 N. Market St., Suite 1000 | Wilmington, DE 19801 |
| Wilmington, DE 19801-1254 | Telephone: (302) 300-4515 |
| Telephone: (302) 467-4200 | Facsimile: (302) 654-4031 |
| Facsimile: (302) 467-4201 | |

*Counsel to Flamingo, LLC*