# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
FKF Madison Park Group Owner, LLC  
    Debtor  
_____

Flamingo, LLC

    Plaintiff

    vs.

Slazer Enterprises Owner LLC , et al.

    Defendant

Chapter: 11

Bankruptcy No. 10–11867–KG

Adversary No. 11–51640–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 6/14/2011 was filed on 11/8/2011 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/29/2011 .

If a request for redaction is filed, the redacted transcript is due 12/9/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/6/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*  
Clerk of Court

Date: 11/8/11

(ntc)

```
United States Bankruptcy Court
                                     District of Delaware
Flamingo, LLC,
         Plaintiff                                              Adv. Proc. No. 11-51640-KG

Slazer Enterprises Owner LLC,
         Defendant                       CERTIFICATE OF NOTICE

District/off: 0311-1          User: Brandon              Page 1 of 1           Date Rcvd: Nov 08, 2011
                              Form ID: ntcAP             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Nov 09 2011 02:07:36      United States Trustee,
                844 King Street, Room 2207,   Lockbox #35,   Wilmington, DE 19801-3519
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2011**                         **Signature:** *Joseph Speetjens*